FILED
JUL 16 2018
DAVID CREWS, CLERK
BY_____
Deputy

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Jerry VanWagner
_____
            Plaintiff

v.                                CASE NO. 4:18CV150-DMB-RP

C. Faulks
_____
            Defendant

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Jerry VanWagner
   B. Name under which sentenced: Jerry VanWagner
   C. Inmate identification number: 161751
   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Unit 30 C building, Parchman, MS. 38738
   E. Place of confinement: M.S.P.

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: C. Faulks
   Title (Superintendent, Sheriff, etc.): M.S.P. Medical director
   Defendant's mailing address (street or post office box number, city, state, ZIP): Unit 42 Hospital, Parchman MS 38738

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 2

Name: N/A

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

Name: N/A

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

Name: N/A

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

B. Court: N/A      C. Docket No.: N/A

D. Judge's Name: N/A      E. Date suit filed: N/A

F. Date decided: N/A      G. Result (affirmed, reversed, etc.): N/A

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☑ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☑ Yes    ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☑ Yes    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

See enclosed grievance M.S.P.-18-0636 attached to original Complaint

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

Prison Staff ignored and rejected the grievance

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

    *N/A*

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

    Plaintiff contacted Hepatitis C from unsanitary barber clippers. Since 2012 Plaintiff has hepatitis C and has not been treated. Every time he request treatment he has been told that the medical director will not approve of his treatment and cure because of the expensive cost to treat and cure this disease that he received from M.D.O.C grooming policy. VanWagner has a constitutional right to be protected from harm from staff and prisoners. This eighth Amendment violation occurred from M.D.O.C prison policy and the deliberate indifference to my serious medical needs is protected by the 14th Amendment.

prison officials and medical director C Faylks have knowledge but has ignored treatment and cure. I did not have Hep C prior to ~~~~ coming to M.D.O.C. prison.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I am requesting to be treated and cured for this desease that M.D.O.C gave me without any further delays and obstructions. I am requesting the cost to be paid by M.D.O.C for prosecuting this civil action. I am requesting a Jury trial pursuant to F.R.C.P. 38(a) and to be compensated for this neglegent by prison staff for ~~~~ gaving me this disease the sum to be set by this court.

This Complaint was executed at (location): _____

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 5/28/2018

_Jeary Von Wagner_
Plaintiff's Signature

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # __MSP__ - __18__ - __636__

Date: __15-18-2018__

Received By: __Jerry Van Wagner__

MDOC #

Witness: __Ryan Kij__      __Mr. Cmmarter__

TITLE

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

__/__ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file

YELLOW COPY - INMATE

CODE:  0100                                                                                           ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

MSP-18- 0636

**REJECTED**

First Step Respondent:   N/A
Location:

Offenders' Name and No:   JERRY VANWAGNER #161751
Unit:   30 C

Date of incident:   04-2018                                                          OT-17

---

☐ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☒ **REJECTED:** Your request has been rejected for the following reason(s):

   ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

   ☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

   ☐ There has been a time lapse of more the fifteen (15) days between the **RVR** and the initial request:    Incident happened on _; received in this office on _.

   ☐ There has been a time lapse of more the thirty (30) days between the event and the initial request:    Incident happened on _; received in this office on _.

   ☐ The Mississippi Department of Corrections does not handle Parole Board matters.

   ☒ Other: Relief is beyond the power of the Administrative Remedy Program to grant.

_____                              05/11/18
Director of Administrative Remedy Program                    Date

ksc

May 8, 2018

This is a request for an Administrative Remedy to Richard Pennington

From: Jerry VanWagner #161751
Unit 30 C building
Parchman, MS. 38738

Statement of Fact

1. In April 2018 I, Jerry VanWagner was told by Medical Director of M.S.P. that the Medications to treat my Hepatitis C are too expensive for M.D.O.C to provide. Therefore M.D.O.C is denying me adequate medical treatment for a disease I, Jerry VanWagner received from unsanitary barber equipment (clippers) while getting a haircut as required by M.D.O.C grooming policy.

2. I, Jerry VanWagner am being denied adequate Medical treatment contrary to the Eight Amendment

-1-

M.D.O.C medical was made aware of this contagious Hepatitis C disease in 2012, and is yet to provide treatment and/or the Harvoni care because the cure is very costly. My enzyme level has risen and this disease is now causing my health to deteriorate. Failure to treat this disease will cause permanant organ damage and death. I, Jerry VanWagner have been waiting treatment since 2012 while my health is failing

Relief

I, Jerry VanWagner * 161751 respectfully request the following relief.

A. That I, Jerry VanWagner receive the proper medications and treatment for this

-2-

Hepatitis C disease that I, Jerry VanWagner contracted from unsanitary barber equipment without any further delays, denial, and/or excuses from Medical Staff.

b. That no retaliatory action be taken by Medical and/or security staff for filing this grievance.

c. That I, Jerry VanWagner be compensated for M.D.O.C. violating my Eight and Fourteenth Amendments since 2012.

This relief is deemed just and proper.

Respectfully Submitted
Jerry VanWagner #161751
M.S.P. Unit 30 C bed # 146
P.O Box 1060
Parchman, MS. 38738

-3-

Jerry Van Wagner #161751
M.S.P. Unit 30-C

Parchman, MS
MISSISSIPPI STATE PENITENTIARY 38738
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 10
PARCHMAN, MS 38738
STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MS 38738
THE ENCLOSED LETTER HAS NEITHER BEEN OPENED
NOR INSPECTED. IF THE WRITER ENCLOSES ANY
MATERIAL NOT PERTAINING TO LEGAL BUSINESS OR
ENCLOSES CORRESPONDENCE FOR FORWARDING TO
ANOTHER ADDRESSEE PLEASE RETURN THE ENCLO...

JACKSON MS 380
12 JUL '18
PM 3 L

U.S. POSTAGE PITNEY BOWES
ZIP 38738 $ 000.68⁰
02 4W
0000356601 JUL 12 2018

RECEIVED
JUL 16 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Hon David Crews Clerk
United States District Court
301 W. Commerce St. #13
Aberdeen, MS. 39730

39730-999899

Jerry VanWagner #101181
NSP Unit 30 c Bldg
Parchman, MS 38738

U.S. POSTAGE PAID
CRAWFORDVILLE FL
32327
MAY 29, 18
AMOUNT
$2.05
R2305K132078-1

39730

RECEIVED
JUN - 1 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

DAVID Crews Clerk
U.S. District Court
301 W. Commerce St #13
Aberdeen, MS 39730

X-RAY