**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JERRY VANWAGNER**                                            **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 4:18-CV-150-GAD-RP**

**C. FAULKS, ET AL**                                      **DEFENDANTS**

**DEFENDANT NURSE PRACTITIONER ANGELA BROWN'S**
**MOTION FOR SUMMARY JUDGMENT**

# EXHIBT "B"

# PLAINTIFF'S MEDICAL RECORDS

# FILED UNDER SEAL

# PER COURT ORDER



EXHIBIT B