# CERTIFICATE OF AUTHENTICITY

STATE OF MISSISSIPPI
COUNTY OF SUNFLOWER

I, Richard Pennington, Statewide Director of ARP , and the duly authorized records custodian of MDOC Administrative Remedy Program records, do hereby certify upon personal knowledge that this is a true, correct, genuine and authentic copy of

ARP# MSP-18-0636 contained in the aforesaid department on the following:

INMATE NAME AND NUMBER:

Jerry Vanwagner #161751

_____
Richard Pennington

SWORN TO AND SUBSCRIBED, before me, this the 1 of April , 2019.

_____
NOTARY PUBLIC

My Commission Expires:

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 117469 JAMIE McKEE ALLEN Commission Expires Aug. 18, 2020 BOLIVAR COUNTY]

EXHIBIT C

MDOC-VANWAGNER-000001

CODE:   0100                                                                                                                ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

MSP-18- 0636

First Step Respondent:    N/A        **REJECTED**
           Location:

Offenders' Name and No:  JERRY VANWAGNER #161751
            Unit:   **30 C**

Date of incident:        **04-2018**                                                                       OT-17

☐ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☒ **REJECTED:** Your request has been rejected for the following reason(s):

  ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

  ☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

  ☐ There has been a time lapse of more the fifteen (15) days between the **RVR** and the initial request:    Incident happened on _; received in this office on _.

  ☐ There has been a time lapse of more the thirty (30) days between the event and the initial request:    Incident happened on _; received in this office on _.

  ☐ The Mississippi Department of Corrections does not handle Parole Board matters.

  ☒ Other: Relief is beyond the power of the Administrative Remedy Program to grant.

_____          05/11/18
Director of Administrative Remedy Program           Date

ksc

MDOC-VANWAGNER-000002

Date 5-8-18

This is a request for an Administrative Remedy to Richard Pennington

From: Jerry VanWagner #161751
Unit 30 C building
Parchman, MS. 38738

Statement of Fact

1. In April 2018 I, Jerry VanWagner was told by Medical Director of M.S.P. that the Medication to treat my Hepatitis C are too expensive for M.D.O.C to provide. Therefore M.D.O.C is denying me adequate Medical treatment for a disease I, Jerry VanWagner received from unsanitary barber equipment (clippers) while getting a haircut as required by M.D.O.C grooming policy.

2. I, Jerry VanWagner am being denied adequate Medical treatment contrary to the Eight Amendment

-1-

MDOC-VANWAGNER-000003

M.D.O.C medical was made aware of this contagious Hepatitis C disease in 2012, and is yet to provide treatment and/or the Harvoni care because the cure is very costly. My enzyme level has risen and this disease is now causing my health to deteriorate. Failure to treat this disease will cause permanant organ damage and death. I, Jerry VanWagner have been waiting treatment since 2012 while my health is failing.

## Relief

I, Jerry VanWagner #161751 respectfully request the following relief

A. That I, Jerry VanWagner receive the proper Medications and treatment for this

-2-

Hepatitis C disease that I, Jerry VanWagner contracted from unsanitary barber equipment without any further delays denial and/or excuses from Medical Staff.

b. That no retaliatory action be taken by Medical and/or security staff for filing this grievance.

c. That I Jerry VanWagner be compensated for M.D.O.C violating my Eight and Fourteenth Amendments since 2012.

This relief is deemed just and proper.

Respectfully Submitted
Jerry VanWagner #161751
M.S.P. Unit 30C bed #146
P.O Box 1060
Parchman, MS. 38738

-3-

MDOC-VANWAGNER-000005

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # __MSP__ - __18__ - __636__

Date: __15-18-2018__

Received By: __Jerry Van Wagner__  MDOC #

Witness: __Regin Kij__  __Cpr. Commander__  TITLE

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

__/__ Rejected

_____ Letter #

_____ Other

SCANNED

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

MDOC-VANWAGNER-000006