IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JERRY VANWAGNER                                                              PLAINTIFF

v.                                                                    No. 4:18CV150-GHD-RP

M.S.P. MEDICAL DIRECTOR C. FAULKS, ET AL.                                    DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the defendants' motions [55], [60] for summary judgment are **GRANTED**, and judgment is **ENTERED** for the defendants in all respects. In addition, the remaining motions [65], [90], [92], [93], [94] currently pending in this case will be dismissed.

**SO ORDERED**, this, the 25th day of February, 2020.

/s/ Glen H. Davidson
SENIOR UNITED STATES DISTRICT JUDGE